106 A.3d 678

In re Nomination Petition of Mel M. MARIN for the Democratic Nomination for U.S. Representative from the 3rd Congressional District.

Appeal of Mel M. Marin.

Supreme Court of Pennsylvania.

Dec. 24, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of December, 2014, the Application to Dismiss is granted.